| APPLICATION FOR CRIMINAL COMPLAINT | DOCKET NO. (COURT USE ONLY) Page 1 of 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve: | | Quincy DC 1 Dennis F. Ryan Pkwy Quincy, MA 02169 |

[X] ONLY MISDEMEANOR(S), I request a hearing  [ ] WITHOUT NOTICE because of imminent threat of
  [ ] BODILY INJURY [ ] COMMISSION OF A CRIME [ ] FLIGHT   [X] WITH NOTICE to accused
[X] ONE OR MORE FELONIES, I request a hearing  [ ] WITHOUT NOTICE  [ ] WITH NOTICE to accused
[ ] WARRANT is requested because prosecutor represents that accused may not appear unless arrested

ARREST STATUS OF ACCUSED: [X] HAS  [ ] HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS: BETH E SHEA
51 Ford Ranch Road
Milton MA 02186

BIRTH DATE: 04/01/1963
SOCIAL SECURITY NUMBER: 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
PCF NO.:
MARITAL STATUS: Single
DRIVERS LICENSE NO.: S64770630
LICENSE STATE: MA
GENDER: Female
HEIGHT: 507
WEIGHT: 165
EYES: Brown
HAIR: Brown
RACE: White
COMPLEXION: Light
SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY: Boston
DAY PHONE: (617) 698-9786
EMPLOYER/SCHOOL: Westfield Captial
MOTHER MAIDEN NAME: Elen McSweeney
FATHER'S NAME: Richard shea

## CASE INFORMATION

COMPLAINANT NAME: Trooper R. Bradford Porter
ADDRESS: State Police Milton
685 Hillside St.
Milton, MA 02186

COMPLAINANT TYPE: [X] POLICE  [ ] CITIZEN  [ ] OTHER
PD: M.S.P.
PLACE OF OFFENSE: CENTRE LANE, MILTON, MA
INCIDENT REPORT NO.: 2007-0H7-002181
OBTN: TSI7200704181
CITATION NO(S). See Offense Description Below

| # | OFFENSE CODE | DESCRIPTION | VARIABLES | OFFENSE DATE |
|---|---|---|---|---|
| 1 | 265-15B-A | ASSAULT W/DANGEROUS WEAPON | Motor Vehicle  TRACY GORFINKLE | 06/05/2007 |
| 2 | 268-32B | RESIST ARREST   M4593572-1 | | 06/05/2007 |
| 3 | 90-17-A | SPEEDING   M4593572 | | 06/05/2007 |

REMARKS:
COMPLAINANT'S SIGNATURE: RB.P
DATE FILED: 6/5/07

COURT USE ONLY — A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING:   TIME OF HEARING:   AT

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

| DATE | | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: [ ] IMMINENT THREAT OF  [ ] BODILY INJURY [ ] CRIME [ ] FLIGHT  BY ACCUSED  [ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE  [ ] FELONY CHARGED BY CIVILIAN: NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| 6/6/07 | [X] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). [X]1. [X]2. [X]3. BASED ON [X] FACTS SET FORTH IN ATTACHED STATEMENT(S) [ ] TESTIMONY RECORDED: TAPE NO: START NO.  END NO. [ ] WARRANT [ ] SUMMONS TO ISSUE ARRAIGNMENT DATE | [ ] NO PROBABLE CAUSE FOUND [ ] REQUEST OF COMPLAINANT [ ] FAILURE TO PROSECUTE [ ] AGREEMENT OF BOTH PARTIES [ ] OTHER: COMMENT: | PC |

# APPLICATION FOR CRIMINAL COMPLAINT

**Trial Court of Massachusetts**
**District Court Department**

Quincy DC
1 Dennis F. Ryan Pkwy
Quincy, MA 02169

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:

[X] ONLY MISDEMEANOR(S), I request a hearing  [ ] WITHOUT NOTICE because of imminent threat of
  [ ] BODILY INJURY  [ ] COMMISSION OF A CRIME  [ ] FLIGHT  [X] WITH NOTICE to accused

[ ] ONE OR MORE FELONIES, I request a hearing  [ ] WITHOUT NOTICE  [ ] WITH NOTICE to accused

[ ] WARRANT is requested because prosecutor represents that accused may not appear unless arrested

**ARREST STATUS OF ACCUSED**
[X] HAS  [ ] HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

**NAME (FIRST MI LAST) AND ADDRESS**
BETH E SHEA
51 Ford Ranch Road
Milton
MA   02186

**BIRTH DATE:** 04/01/1963
**SOCIAL SECURITY NUMB:** 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
**PCF NO.:**
**MARITAL STATUS:** Single
**DRIVERS LICENSE NO.:** S64770630
**LICENSE STATE:** MA
**GENDER:** Female
**HEIGHT:** 507
**WEIGHT:** 165
**EYES:** Brown
**HAIR:** Brown
**RACE:** White
**COMPLEXION:** Light
**SCARS/MARKS/TATTOOS:**
**BIRTH STATE OR COUNTRY:** Boston
**DAY PHONE:** (617) 698-9786
**EMPLOYER/SCHOOL:** Westfield Captial
**MOTHER MAIDEN NAME:** Elen McSweeney
**FATHER'S NAME:** Richard shea

## CASE INFORMATION

**COMPLAINANT NAME (FIRST MI LAST)**
Trooper R. Bradford Porter
**ADDRESS**
State Police Milton
685 Hillside St.
Milton, MA   02186

**COMPLAINANT TYPE:** [X] POLICE  [ ] CITIZEN  [ ] OTHER
**PD:** M.S.P.
**PLACE OF OFFENSE:** CENTRE LANE, MILTON, MA
**INCIDENT REPORT NO.:** 2007-0H7-002181
**OBTN:** TSI7200704181
**CITATION NO(S):** See Offense Description Below

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90-24-O | M4593572 RECKLESS OPERATION OF MOTOR VEHICLE | 06/05/2007 |
| 2 | 90-25-A | M4593572 IDENTIFY SELF, MV OPERATOR REFUSE | 06/05/2007 |
| 3 | 90-25-D | M4593572 STOP FOR POLICE, FAIL | 06/05/2007 |

VARIABLES (e.g. victim name, controlled substances, type and value of property. other variable information; see Complaint Language Manual)

**REMARKS:**

**COMPLAINANT'S SIGNATURE:** RB. P—
**DATE FILED:** 6/5/07

**COURT USE ONLY** — A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
**DATE OF HEARING:**   **TIME OF HEARING:**   AT

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

| DATE | | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: [ ] IMMINENT THREAT OF [ ] BODILY INJURY [ ] CRIME [ ] FLIGHT BY ACCUSED  [ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE  [ ] FELONY CHARGED BY CIVILIAN: NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| 6/6/07 | [X] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). [X]1 [X]2 [X]3. BASED ON [ ] FACTS SET FORTH IN ATTACHED STATEMENT(S) [ ] TESTIMONY RECORDED: TAPE NO: _____ START NO. _____ END NO. _____ [ ] WARRANT [ ] SUMMONS TO ISSUE  ARRAIGNMENT DATE | [ ] NO PROBABLE CAUSE FOUND [ ] REQUEST OF COMPLAINANT [ ] FAILURE TO PROSECUTE [ ] AGREEMENT OF BOTH PARTIES [ ] OTHER:  COMMENT: | (signature) |

| STATEMENT OF FACTS IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | (PUBLICATION—COURT USE ONLY) Page 1 of 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| The undersigned alleges the following as a [X] full or [ ] partial statement of the factual basis for the offense(s) for which a criminal complaint is sought | | COURT DIVISION |

On 6/5/07 at approximately 1650 hours, I was standing on the sidewalk on Centre Lane near Coolidge Road in the town of Milton. Centre Lane is a public way maintained by the town of Milton. Also standing at this location was Tracy Gorfinkle, Ms. Gorfinkle's juvenile daughter, and my fifteen month old son. At this time, I heard Ms. Gorfinkle exclaim "Oh my God!" I observed Ms. Gorfinkle take a step off the sidewalk towards the roadway. My attention was then drawn to a brown Jeep Cherokee traveling southbound on Centre Lane towards Ms. Gorfinkle. The Jeep was traveling at an extremely high rate of speed. The Jeep was traveling so fast that it was bouncing up and down as it traveled towards us. Centre Lane is a thickly settled residential area. I estimated the Jeep to be traveling in excess of 40 miles per hour. From the edge of the roadway, I observed Ms. Gorfinkle wave at the Jeep in an attempt to have it slow down. I then observed the operator of the Jeep, later identified as SHEA, Beth E. (DOB: 04/01/63, SSN: 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, MA OLN: S64770630), rapidly slow the Jeep and swerve it towards Ms. Gorfinkle. It appeared as if Ms. Shea was attempting to strike Ms. Gorfinkle with the Jeep. The Jeep was now stopped within a few feet of Ms. Gorfinkle. I was now facing the Jeep's passenger side and identified myself as a state police officer. My badge of office and gun were plainly visible on my belt. I instructed Ms. Shea to stop the vehicle.

I walked around the front of Ms. Shea's vehicle and approached the driver's side door. I again identified myself as a state trooper and instructed Ms. Shea to lower her window. I observed Ms. Shea to be on a cell phone. Ms. Shea continued to ignore me. I knocked on Ms. Shea's window and again identified myself as a state trooper and instructed her to lower her window. Ms. Shea yelled, "Don't touch my car!" and continued to ignore my requests to lower her window. I again identified myself as a state trooper and instructed Ms. Shea to lower her window or she would be arrested. Ms. Shea continued to ignore my requests to lower her window. At this time, I retrieved the keys to my unmarked State Police cruiser which was parked nearby. Upon approaching my cruiser, I observed Ms. Shea's Jeep turn west onto Coolidge Road at a high rate of speed. I entered my cruiser and attempted to catch up to the Jeep. I activated my cruiser's emergency lights and siren. The Jeep had turned south onto Reedsdale Road. I observed the Jeep turn west onto Clifton Road. As I turned onto Clifton Road, I observed the Jeep ahead of me. As I attempted to catch up to the Jeep, I observed it slow down behind another vehicle on Clifton Road. The vehicle in front of the Jeep stopped at the stop sign located at the intersection of Clifton Road and Highland Street. The Jeep was then forced to come to a stop to avoid striking the vehicle in front of it. I pulled up behind the Jeep. My cruiser's lights and siren were still activated. The Jeep had made no effort to pull to the side of the road and was positioned in the right travel lane behind the other vehicle. I maintained a position behind the Jeep with the cruiser's emergency lights and siren activated because I believed that Ms. Shea might again attempt to flee. After several seconds positioned behind Ms. Shea with my lights and siren activated, neither Ms. Shea's Jeep nor the vehicle located in front of it moved.

I exited my cruiser and approached the Jeep's driver side door. My badge of office and gun were clearly visible on my belt. Ms. Shea continued to talk on her cell phone ignoring my presence. I again identified myself as a state trooper and instructed Ms. Shea to lower her window. Ms. Shea continued to talk on her cell phone ignoring my requests. Again, I identified myself as a state trooper and instructed her to lower her window. Ms. Shea appeared to be crying and stated that she wanted the police. Again, I informed Ms. Shea that I was a state police officer and instructed her to lower her window. Ms. Shea stated that she wanted the Milton Police. I instructed Ms. Shea again to lower her window and she ignored my request. I attempted to open the door and found that it was locked. I informed Ms. Shea that if she did not lower her window, I would be forced to break the window.

It was my opinion that because Ms. Shea was operating her vehicle in a reckless manner, had already assaulted Ms. Gorfinkle with her motor vehicle, refused my repeated instructions to stop and lower her window, and fled from my location, that she was a continued danger to the public. I returned to my cruiser and retrieved a flashlight. I returned to Ms. Shea's vehicle and again identified myself as a state police officer and instructed her to lower her window. When Ms. Shea again refused my request, I broke the Jeep's driver side window with the flashlight. With a hole created in the window, I was able to reach into the Jeep and unlock the driver's side door. I opened the door, and attempted to remove Ms. Shea from the vehicle. Ms. Shea resisted my attempts to remove her from the Jeep by pulling her arms away as I attempted to grab them. After struggling with Ms. Shea, I was able to gain control of Ms.

Shea's wrist and pull her from the Jeep. Once out of the Jeep, I escorted Ms. Shea to a stone wall next to the roadway. She seated herself on the wall and was handcuffed and arrested.

At this time, Lieutenant John King of the Milton Police Department arrived and offered assistance. Several other Milton Police cruisers arrived to offer assistance. Ms. Shea was searched by Officer Jen Daukas and was transport[ed] by Officer Joseph Bennett to the State Police Barracks in Milton. Ms. Shea's vehicle was removed from the scene [by] Auto Service & Tow. At the barracks, Ms. Shea was advised of her Miranda Rights which she stated she understoo[d]. Fallon EMS was on scene at the barracks and evaluated Ms. Shea. EMT Scott Margolis stated that Ms. Shea had a minor abrasion on her back from a piece of glass and that she refused treatment. EMT Margolis also evaluated several lacerations on my right hand and gave me several bandages. These lacerations were received from the broke[n] glass while unlocking the vehicle.

During booking, Shea gave several inconsistent and false answers to routine booking questions. When I asked her who her employer was, Ms. Shea replied that she did not have one. At a later point in the booking process, Trooper Michael Pedersen was required to ask Ms. Shea some of the same questions while fingerprinting her. When asked who her employer was, Ms. Shea responded that she was employed by Westfield Capital in Boston. During booking Ms. Shea was asked if she was currently taking any medications and she replied that she was not. While inventoryin[g] Ms. Shea's property, a pill bottle in her name was located. The bottle states that the prescription was for Paroxetine HCL 20mg. The prescription also stated that Paroxetine was a generic form of Paxil. When asked about the prescription, Ms. Shea stated that her dog was diabetic and that the medications were for the dog. A telephone call to a pharmacist at the Milton CVS revealed that the pills as described by size, shape, color and markings ("APO" and "083") were in fact as marked on the pill bottle; Paroxetine HCL, a prescription drug.

During booking proceedings, Sergeant Brian Connors confirmed to Ms. Shea the charges she was facing including Assault with a Dangerous Weapon which Sgt Connors further identified the dangerous weapon as her vehicle. Ms. Shea then asked Sgt Connors to repeat the charges which he did. Ms. Shea then asked, "I hit the woman?" Sgt Connors then further explained the charge and Ms. Shea replied that she thought the woman was in trouble as she was wildly waving her arms in the street. I informed her that the woman was motioning for her to slow down due to her high rate of speed down the street. Ms. Shea further stated that she pulled over and was calling the police thinking the woman was in need of some assistance. When Sgt Connors asked her if she noticed that Trooper Porter had identified himself and was wearing his badge and gun, she stated that she did not see this. She also acknowledged that upon her leaving the area of Centre Lane, and approaching the stop sign on Clifton Road, she saw Trooper Porter's cruiser's lights and heard the siren but did not believe that the vehicle was in fact a police cruiser and that people pretend to be the police all the time.

Sergeant Connors also spoke with Tracy Gorfinkle regarding the chain of events. She described observing a vehicle, identified as Shea's, traveling at a high rate of speed down Centre Lane towards her location. Ms. Gorfinkle stated that this street is a notorious "cut-through" street for traffic attempting to avoid the traffic lights at Centre Street and Reedsdale Road and that Centre Lane has many children residing there. Ms. Gorfinkle stated that she stepped from the sidewalk into the street approximately one step from the driveway and with her right arm extended above her waist, waved her arm up and down in an attempt to get the vehicle to slow down. Ms. Gorfinkle further stated that the vehicle slowed very quickly and turned directly at her and stopped a few feet in front of her. Ms. Gorfinkle stated that if the vehicle had continued a short distance further, it would have struck her. Ms. Gorfinkle described the vehicle's turn towards her as changing its course of travel and would have driven into the driveway if it continued, if she was not in its path. Ms. Gorfinkle stated that she felt that the operator's actions were directed at her to "threaten" her for motioning for her to slow down and that she did in fact feel threatened. Ms. Gorfinkle stated that she observed as Trooper Porter approached Ms. Shea's vehicle, identified himself as a police officer and repeatedly instructed her to roll her window down. Ms. Gorfinkle stated that she observed Trooper Porter point to his hip area while [ide]ntifying himself to Ms. Shea. Ms. Gorfinkle stated that the operator was acting "weird" and picked up a cellular [te]lephone and stared straight ahead while Trooper Porter continually instructed her to roll down the window. Due to the described chain of events, Ms. Gorfinkle stated that she felt it necessary to take the two children inside the residence away from the situation.

Bail Clerk John Dalton set bail at $5000.00. Ms. Shea was released on bail. Negative Q-5, negative warrants.

| PRINTED NAME | SIGNATURE | I AM A: | DATE SIGNED |
|---|---|---|---|
| R B. Porter | Tpr- N.B. P.A #3166 | ☒ LAW ENFORCEMENT OFFICER<br>☐ CIVILIAN COMPLAINANT OR WITNESS | 6/5/07 |

**ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK/JUDGE BASED ON ORAL TESTIMONY**

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK / JUDGE | DATE SIGNED |
|---|---|---|
| | | |

COURT COPY