# COMMONWEALTH OF MASSACHUSETTS

Norfolk, SS

Docket Number: 0756CR3386

Commonwealth of Massachusetts )
)
v. )
) **NOLLE PROSEQUI**
)
Beth Shea )
)

Now comes the Commonwealth through the office of the District Attorney and enters a Nolle Prosequi in the above-entitled criminal matter under the provisions of Rule 16 of the Massachusetts Rules of Criminal Procedure, as reasons therefore:

1. The Commonwealth believes that based on the facts set forth in the State Police Officer's report, and the officer's belief at the time of arrest, that there was probable cause to arrest the above-named individual.
2. A thorough investigation by local law enforcement brought to light evidence, through percipient witness statements, that would contradict the original assertions of the arresting officer.
3. While the Commonwealth believes that the officer acted in good-faith, based on this new information, the Commonwealth believes that the interests of justice would be best served by the filing of this motion.

Respectfully submitted
for the Commonwealth,
Michael Connolly for
WILLIAM R. KEATING

Michael C. Connolly
Norfolk District Attorney's Office
1515 Hancock Street
Quincy, MA 02169
(617) 769-6100

October 16, 2007