

**DEVAL L. PATRICK**
*GOVERNOR*

**TIMOTHY P. MURRAY**
*LIEUTENANT GOVERNOR*

**KEVIN M. BURKE**
*SECRETARY*

**COLONEL MARK F. DELANEY**
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
*Department of State Police*

*Division of Standards and Training*
*470 Worcester Road*
*Framingham, MA 01702*

August 20, 2008

Attorney A. Pappalardo
Greenberg Trauig LLP
One International Plaza
Boston, MA 02110

RE: Ms. Beth Shea

Dear Attorney Pappalardo:

    An investigation into your client's complaint regarding allegations made against Trooper Bradford Porter has been completed. There was sufficient evidence to prove that Trooper Porter acted lawfully and properly when he arrested Ms. Shea and used only the necessary force to safely take Ms. Shea into custody on June 5, 2007 in the Town of Milton and these allegations have been classified as *Exonerated*. Also, there is insufficient evidence to either prove or disprove the allegation that Trooper Porter used profanity during the incident with Ms. Shea and this allegation has been classified as *Not Sustained*.

    As to the allegation that Trooper Porter inappropriately touched Ms. Shea during the incident, there is no supporting evidence to substantiate her accusations, therefore this allegation has been classified as *Unfounded*.

    If you have any further questions or concerns relative to this investigation, please contact Captain Anthony Thomas at 508-820-2300.

Sincerely,

Marian J. McGovern
Lieutenant Colonel
Massachusetts State Police

/lmr
cc: Major Moore
    Captain Thomas
    IAS #08-0005

*Excellence In Service Through Quality Policing*