# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETH E. SHEA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 08-12148-FDS |
| v. ) | |
| ) | |
| R. BRADFORD PORTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION FOR RECUSAL

**SAYLOR, J.**

Defendant R. Bradford Porter has filed a motion requesting that I recuse myself pursuant to 28 U.S.C. § 455(a) on the ground that my impartiality might reasonably be questioned. I am of course confident that I will provide a fair trial to both sides, without partiality or bias. The issue, however, is not subjective (that is, whether the judge is actually impartial), but objective (whether under the circumstances a reasonable person would so conclude). *See, e.g., In re Bulger*, 710 F.3d 42, 45-46 (1st Cir. 2013). Under the circumstances presented here—where I am not the trier of fact; where I have exercised my authority to grant a new trial under Rule 59(a), which necessarily required credibility determinations; and where the jury in the new trial will not be informed of that decision—the extraordinary remedy of recusal is not warranted. The fact that I have made certain independent evaluations of credibility of witnesses is not itself a ground requiring recusal. *See, e.g., Logue v. Dore*, 103 F.3d 1040, 1046, (1st Cir. 1997).

Accordingly, the motion for an order of recusal is DENIED.

**So Ordered.**

Dated: April 28, 2015

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge