# United States Court of Appeals
## For the First Circuit

_____

No. 15-1986

BETH E. SHEA

Plaintiff - Appellee

GEORGE F. GORMLEY, P.C.

Plaintiff

v.

R. BRADFORD PORTER, individually and in his official capacity as an Officer of the Massachusetts State Police

Defendant - Appellant

MARIAN J. MCGOVERN, Colonel Commanding, individually and in her official capacity as an Officer of the Massachusetts State Police; MARK F. DELANEY, individually and in his official capacity as an Officer of the Massachusetts State Police; BRIAN CONNORS, individually and in his official capacity as an Officer of the Massachusetts State Police; DAVID DEBUCCIA, individually and in his official capacity as an Officer of the Massachusetts State Police

Defendants

_____

**JUDGMENT**

Entered: November 2, 2015
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of the parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

     Mandate to issue forthwith.

                             By the Court:

                             /s/ Margaret Carter, Clerk

cc:
Richard A. Goren
Ryan D. Sullivan
George F. Gormley
Joseph P. Kittredge
Margaret A. Rubino
Sarah M. Joss
Jeremy Silverfine
Leonard H. Kesten
Austin Michael Joyce
Andrew Joseph Gambaccini
Argiro Kosmetatos Shapiro
Sean William Farrell
Sean E. Capplis
Daniel P. Sullivan